RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/25/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NICK COLEMAN, AKA NICKY COLEMAN<br>LA. DOC # 328980 | CIVIL ACTION NO. 3:10-cv-0740 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN TIM WILKINSON | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge, to the extent adopted by this Court and for the further reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of *Habeas Corpus* [Doc. No. 1] filed by Petitioner Nick Coleman, also known as Nicky Coleman, is DENIED, and his claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 25 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE