RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/25/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| NICK COLEMAN, AKA NICKY COLEMAN<br>LA. DOC # 328980 | CIVIL ACTION NO. 3:10-cv-0740 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN TIM WILKINSON | MAG. JUDGE KAREN L. HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that a certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 25 day of January, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE